IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER WARWICK-DRAKE** <br> **AND LIANE WARWICK-DRAKE,** <br><br> Plaintiffs, <br><br> v. <br><br> **RICHARD MCDONALD** <br> **AND MCEQUINE ENTERPRISE, LLC** <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:13-cv-00342 |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
AND ORDER REMANDING CASE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand (Dkt. 10) be GRANTED and that this case be remanded to the 397th Judicial District Court of Grayson County, Texas for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

Therefore, Plaintiffs' Motion to Remand (Dkt. 10) is GRANTED and this case is hereby REMANDED to the 397th Judicial District Court of Grayson County, Texas for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of December, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE